Atlantic Richfield Company *v.* Herrmann,
Appellant.

Submitted November 17, 1972. *Daniel J.
Beggy,* and *Mansmann, Beggy, McVerry & Baxter,* for
appellant; *George I. Minch, Robert A. Rundle,* and
*Wright and Rundle,* for appellee.
Order affirmed.

Atlas Copco, Inc. *v.* Sellers Company, Inc.,
Appellant.

Argued December 11, 1972. *Bernard V. DiGiacomo,* with him *DiGiacomo & Lynch,* for appellant; *William H. Ewing,* with
him *Neil G. Epstein, Barbara Oaks Silver,* and *Ewing
& Cohen,* for appellee.
Order affirmed.

Bork et ux., Appellants, *v.* Mills.

Argued September 18, 1972.
*John Philip Diefenderfer,* with him *Stuckert, Yates &
Krewson,* for appellant; *James J. McCabe,* with him
*Duane, Morris & Heckscher,* for appellee.
Orders affirmed.